IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROBERT WORTHY,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )       CIVIL ACTION NO. 09-00664-WS-N
                                        )
ACCUMARINE TRANSPORTATION,              )
                                        )
        Defendant.                      )

JUDGMENT

Pursuant to the order entered this day, it is **ORDERED**, **ADJUDGED**, and

**DECREED** that this action be and is hereby **DISMISSED without prejudice.**

DONE this 29th day of July, 2010.


                                s/WILLIAM H. STEELE
                                CHIEF UNITED STATES DISTRICT JUDGE